**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Case No. 1:14-mj-02779-TJS |
| KARINA GUTIERREZ-MEJIA | : | |
| Defendant. | : | |

\* \* \* \*   ooo0ooo   \* \* \* \*

**MOTION FOR LEAVE TO WITHDRAW FILING**
**AND RE-FILE MOTION TO SUPPRESS**

Defendant Karina Gutierrez-Mejia, by and through her undersigned counsels, moves for leave to withdraw filing Defendant's Motion to Suppress Search and Seizure of Evidence under the case number of this matter and refile under a new case number. As reasons, in support of the Motion, counsels state the following:

1. This case began with the filing of a Criminal Complaint in Case No. 1:14-mj-02779-TJS. In December, 2014 the Government obtained an indictment and a new case number, 1:14-cr-00583-JFM, was assigned.

2. Defendant mistakenly electronically filed a Motion to Suppress Search and Seizure of Evidence on February 5, 2015 in the original case docket. (See Docket No. #12).

3. On February 10, 2015, defense counsel noticed the error, contacted government counsel and e-mailed them a copy of the motion. The Government does not oppose this Motion.

4. Accordingly, Defendant seeks leave of court to withdraw Docket #12 and re-file the Motion to Suppress in the correct case docket.

WHEREFORE, Defendant Karina Gutierrez-Mejia, respectfully requests that the Court grant leave to withdraw the Motion to Suppress Search and Seizure of Evidence, and allow the Defendant to re-file the motion in the correct case docket.

Respectfully submitted,

/s/
Stuart O. Simms, Fed. Bar No. 27090
BROWN, GOLDSTEIN & LEVY
120 E. Baltimore Street, Suite 1700
Baltimore, Maryland 21202-6701
Phone:  (410) 962-1030
Fax:  (410) 385-0869
sos@browngold.com

Jason A.L. Timoll, Esq. Fed. Bar No. 16746
The Law Office of Jason A.L. Timoll
2330 West Joppa Road, Suite 203
Lutherville, Maryland 21093
Phone:  (443) 682-7076
Fax:  (410) 825-5277
Jason@timoll-lawfirm.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of February, 2015, I electronically filed the foregoing Motion to Withdraw Filing and Re-file Motion to Suppress using the CM/ECF system, which automatically serves all counsel of record.

/s/
Stuart O. Simms